UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AQUATIC VENTURES, INC., a Washington corporation., et al., | CHAPTER 7<br>CASE NO. 96-32414 |
| Debtors., | CHAPTER 7<br>CASE NO. 96-32567<br>(Administratively Consolidated with Case No. 96-32414) |
| KETRON ISLAND UTILITIES COMPANY, INC., | |
| Debtor | No. C01-5685 JET<br>No. CR01-5120 JET<br>ORDER |

THIS MATTER comes on before the above-entitled Court sua sponte.

Having considered the entirety of the records and file herein, and having considered that the matter of the criminal action (CR01-5120JET) and civil action (C01-5685JET) before this Court has been concluded, it is hereby

ORDERED that the reference to the bankruptcy court of this administrating consolidated case is hereby reinstated pursuant to 28 U.S.C. § 157.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record and to the clerk of the bankruptcy court.

DATED this 9th day of MAY, 2005.

\_\_\_\s\_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 1